476 A.2d 77

Commonwealth v. Scott, Appellant.

Submitted November 18, 1983. Daniel A. Rendine, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before McEWEN, HESTER and LIPEZ, JJ.

Judgment of sentence affirmed.